No. 252. KOPLITZ and another, Appellants, v. KROEPLIN and another, Respondents.

(Also reported in 215 N. W. 2d 51.)

The cause was submitted for the appellants on the briefs of *Jerome A. Maeder* of Wausau, and for the respondents on the brief of *Tinkham, Smith, Bliss & Patterson* of Wausau.

Judgment affirmed.

No. 314. ESTATE OF STEUCK: TRINITY LUTHERAN CHURCH OF OSHKOSH and another, Appellants, v. STEUCK, Personal Representative, and others, Respondents.

(Also reported in 215 N. W. 2d 51.)

The cause was submitted for the appellants on the briefs of *Worthing, Mickiewicz & Sager* of Fond du Lac, and for the respondents on the brief of *Thompson & Thompson* of Oshkosh.

Judgment affirmed.